CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2006

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br>    Petitioner, | Civil Action No. 7:05-cv-00790 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>B. A. BLEDSOE, WARDEN,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, shall be and hereby is **DISMISSED** without prejudice as successive, and the action is hereby stricken from the active docket of the court.

ENTER: This 9th day of January, 2006.

/s/ James C. Turk
Senior United States District Judge